USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/27/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JEFFREY RODRIGUEZ,**

                  **Plaintiff,**

      **-against-**

**CITY OF NEW YORK, ET AL.,**

                  **Defendants.**

**1:19-cv-11925 (ALC)**

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' Answer filed on October 9, 2020. ECF No. 17. The Parties are hereby **ORDERED** to submit a joint status report, including on status of service as to Mr. Ramos, by November 10, 2020.

**SO ORDERED.**

Dated:  October 27, 2020
        New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**