# MEMO ENDORSED



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

**SOO-YOUNG SHIN**
Senior Counsel
(212) 356-2329
soshin@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/21

July 9, 2021

Honorable Barbara C. Moses   By ECF
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   Jeffrey Rodriguez v. City of New York, et al.
         19 Civ. 11925 (ALC) (BCM)

Your Honor:

   I represent defendants in the above-referenced matter. The parties write jointly to inform the Court that the parties have reached a settlement agreement in principle. The parties anticipate submitting a stipulation of dismissal with the Court within the next 30 days. As a result, the parties respectfully request that the Court cancel the status conference currently scheduled for July 14, 2021 at 10:00 a.m.

   Thank you for your consideration of this matter.

                                          Respectfully submitted,

                                          _Soo-Young Shin_ /s/
                                          Soo-Young Shin
                                          *Senior Counsel*

cc:   Victor M. Brown        By ECF
      *Attorney for Plaintiff*

---

Application GRANTED. The July 14, 2021 status conference is ADJOURNED *sine die*.
SO ORDERED.

_[signature]_
Barbara Moses
United States Magistrate Judge
July 12, 2021