USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __07/12/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY RODRIGUEZ,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>      Defendants. | 1:19-cv-11925 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:**  **July 12, 2021**
     **New York, New York**

                    _____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**